THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID G. LEG-GET, Appellant, v. JOHN T. FETHERSTON, as Commissioner of Street Cleaning, and Another, Respondents.— Motion . denied, without costs. Present — Jenks, P. J., Mills, Rich and Putnam, JJ.; Blackmar, J., not voting.

STANISLAW SAWICKI, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant.— Motion granted, without costs.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

HENRY GEORGE THOMPSON, an Infant, etc., Appellant, v. THE NEW YORK CENTRAL' AND HUDSON RIVER RAILROAD COMPANY, Respondent.— The order may be resettled by showing that the reversal was on questions of law, and showing that the complaint was dismissed.  Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.   Order to be settled before the presiding justice.

SAMUEL UNTERMYER, Respondent, v. CITY OF YONKERS, Appellant.— Motion to dismiss appeal denied on condition that defendant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ISAAC BIRNBAUM and HARRY KRAMER, Appellants, v. DOVREFJELD SAILING SHIP COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

BESSIE S. CHAMBERLIN, Respondent, v. HOWARD L. CRAWFORD, Individually and as Administrator, etc., of JOSEPH G. CRAWFORD, Deceased, and LILLIAN G. ROBERTSON, Appellants, and Others, Defendants.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

MOSES CRYSTAL and Others, as Executors, etc., of CLEMENTINE M. SILVERMAN, Deceased, Appellants, v. AERODROME PARK AMUSEMENT COMPANY and Others, Respondents.— Judgment dismissing complaint and granting relief on the counterclaim affirmed, with costs.   The point first made on this appeal, that the trial should not be continued by the trial justice out of Queens county, being a suit to foreclose on property in that county, was not raised below, but a different objection was presented, that the October Special Term had expired during the adjournment of the trial, which was properly overruled.  The finding of an individual indebtedness to the testatrix by her son Arthur E. Silverman is amply sustained.  And the circumstance that he also furnished a mortgage did not prevent the operation and effect of the testatrix's testamentary purpose to discharge and extinguish such indebtedness of her son.  Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

JOSEPH P. CURRY and ROBERT M. CURRY, Copartners, etc., Respondents, v. JOHN ZITELLI and MARIA ZITELLI, Appellants.— Appeal from the judgment entered upon default dismissed, with costs, and orders affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.